| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF INDIANA | | |
| Case number (if known) | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Solfire Contract Manufacturing, Inc. |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Solfire, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-2530920 |
| 4. | Debtor's address | **Principal place of business**<br><br>4939 Decatur Rd.<br>Fort Wayne, IN 46806<br>Number, Street, City, State & ZIP Code<br><br>Allen<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.solfire-inc.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Solfire Contract Manufacturing, Inc.**                                    Case number (*if known*)
       Name

**7. Describe debtor's business**   A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Solfire Contract Manufacturing, Inc.**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Debtor  **Solfire Contract Manufacturing, Inc.**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 16, 2024__
MM / DD / YYYY

X _/s/ signature_                                    **Othoniel Solis**
Signature of authorized representative of debtor    Printed name

Title  **Chief Operating Officer**

**18. Signature of attorney**

X _/s/ Wesley N. Steury_                Date  **March 16, 2024**
Signature of attorney for debtor              MM / DD / YYYY

**Wesley N. Steury 467-02**
Printed name

**Burt, Blee, Dixon, Sutton & Bloom, LLP**
Firm name

**200 East Main Street**
**Suite 1000**
**Fort Wayne, IN 46802**
Number, Street, City, State & ZIP Code

Contact phone  **260-426-1300**     Email address  **wsteury@burtblee.com**

**467-02 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Solfire Contract Manufacturing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF INDIANA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2024**      X _(signature)_
                                       Signature of individual signing on behalf of debtor

**Othoniel Solis**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Solfire Contract Manufacturing, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allen County Treasurer**<br>1 E. Main St., STE 104<br>Fort Wayne, IN 46802 | **Samantha Chenery, Chief Deputy Treasurer**<br><br>**Treasurer@co.allen.in.us**<br>**260-449-7693** | **Personal Property Taxes** | | | | $3,200.00 |
| **American Express**<br>P.O. Box 60189<br>City of Industry, CA 91716-0189 | **services3@credit.AmericanExpress.com**<br>**1-800-528-5200** | **Business Purchases** | | | | $86,750.00 |
| **American Rubber Products**<br>1910 S. Yale St.<br>Santa Ana, CA 92704 | **info@AmericanRubberProducts.com**<br>**800-772-9644** | **Business Purchases** | | | | $3,906.32 |
| **Applied Technology Group, Inc.**<br>2230 W. Coliseum Blvd.<br>Fort Wayne, IN 46808 | **officemanager@atgfw.com**<br>**260-482-2844** | **Business Service** | | | | $4,872.16 |
| **Capital One**<br>P.O. Box 4069<br>Carol Stream, IL 60197-4069 | **Fax-866-941-4014**<br>**877-383-4802** | **Business Purchases** | | | | $3,173.20 |
| **Crown Equipment Corporation**<br>P.O. Box 641173<br>Cincinnati, OH 45264-1173 | **Missy Dilley**<br><br>**Missy.Dilley@crown.com**<br>**888-216-0301** | **Business Loan** | | | | $2,893.57 |

Debtor **Solfire Contract Manufacturing, Inc.**    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Falcon Equipment Finance** 28-11th Ave, Suite 103 Saint Cloud, MN 56301 | **Maria Mendoza-Ramirez** mmendoza@falconequipmentfinance.com | 2020 Branson 2000X 2500 Watt Welder 6206304, 2020 Branson 2000X 2500 Watt Welder 6206179, 2020 Dukanme IQ-ES Ultrasonic Welder 345417, 2020 Dukanme IQ | **Unliquidated Disputed** | $125,000.00 | $115,000.00 | $10,000.00 |
| **Forward Finance, LLC** 100 Summer Street, Suite 1175 Boston, MA 02110 | **Hallma Omar** homar@forwardfinancing.com 888-244-9099 ext. 11114 | Business Loan | | | | $25,228.70 |
| **GVS Filtration, Inc.** 2150 Industrial Drive Findlay, OH 45840 | gvsfiltration@gvs.com 419-423-3040 | Business Purchases | | | | $1,853.68 |
| **Huntington National Bank** Attn: GW4W34 5555 Cleveland Avenue Columbus, OH 43231 | **Marle Jones** marle.jones@financediv.com 614-331-2444 | Business Loan | | | | $160,000.00 |
| **Indiana Michigan Power** P.O. Box 371496 Pittsburgh, PA 15250-7496 | **Babette Meade/Thomas Lindsey** Fax 800-281-3916 888-710-4237 | Utility service | | | | $1,180.43 |
| **Industrial Netting** 10300 Fountains Drive Maple Grove, MN 55369 | **Sales Team** Fax-763-496-6355 800-328-8456 | Business Purchases | | | | $25,336.00 |
| **NIPSCO** P.O. Box 13007 Merrillville, IN 46411-3007 | Fax-866=248-7296 800-464-7726 | Utility service | | | | $534.00 |
| **Quickbooks Capital** 2700 Coast Ave. Mountain View, CA 94043-1140 | intuit-quickbookscapital@tcisolutions.com 844-832-2910 | Business Loan | | | | $29,061.57 |
| **Rapid Finance** 4500 East West Highway 6th Floor Bethesda, MD 20814 | **Paul Matt Jackson** pauljackson@rapidfinance.com 240-307-3300 | Business Loan | | | | $99,894.51 |

Debtor **Solfire Contract Manufacturing, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rogers Corporation Carol Stream Facility**<br>**171 W. St. Charles Rd.**<br>**Carol Stream, IL 60188** | **Debra Robbins-Johnson**<br><br>corp.ar@rogerscorp.com<br>480-917-6388 | **Business Purchases** | | | | $13,840.80 |
| **Superior Felt & Filtration, LLC**<br>**P.O. Box 778857**<br>**Chicago, IL 60677-8857** | Fax-815-759-1212<br>815-759-1234 | **Business Purchases** | | | | $8,758.10 |
| **Trelleborg Coated Systems US, Inc.**<br>**715 Railroad Ave.**<br>**P.O. Box 929**<br>**Rutherfordton, NC 28139** | **David Behrens**<br><br>ECF@Trelleborg.com | **Business Purchases** | | | | $28,960.00 |
| **TTS Systems, Inc.**<br>**P.O. Box 93**<br>**40 W 484 Route 64**<br>**Wasco, IL 60183** | Fax-708-323-1094<br>630-670-0065 | **Business Service** | | | | $1,052.50 |

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Solfire Contract Manufacturing, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Esther Solis<br>4733 Bridgetown Ct.<br>Fort Wayne, IN 46804 | Common Stock | 85% | |
| Lawrence Koziol<br>4939 Decatur Rd.<br>Fort Wayne, IN 46806 | Common Stock | 5% | |
| Maria Oceguera<br>4939 Decatur Rd.<br>Fort Wayne, IN 46806 | Common Stock | 5% | |
| Othoneil Solis<br>4733 Bridgetown Ct.<br>Fort Wayne, IN 46804 | Common Stock | 5% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 16, 2024**         Signature  *Othoniel Solis*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re   Solfire Contract Manufacturing, Inc.
                                     Debtor(s)

Case No. _____
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   March 16, 2024                    _____
                                          Othoniel Solis/Chief Operating Officer
                                          Signer/Title

```
INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE, ROOM N-240
INDIANAPOLIS, IN 46204-2217


INTERNAL REVENUE SERVICE
IRS INSOLVENCY GROUP 3
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204


ALLEN COUNTY TREASURER
1 E. MAIN ST., STE 104
FORT WAYNE, IN 46802


AMERICAN EXPRESS
P.O. BOX 60189
CITY OF INDUSTRY, CA 91716-0189


AMERICAN RUBBER PRODUCTS
1910 S. YALE ST.
SANTA ANA, CA 92704


APPLIED TECHNOLOGY GROUP, INC.
2230 W. COLISEUM BLVD.
FORT WAYNE, IN 46808


CAPITAL ONE
P.O. BOX 4069
CAROL STREAM, IL 60197-4069


CAPITAL ONE
ATTN: GENERAL CORRESPONDENCE
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285


CITY UTILITIES
P.O. BOX 4632
CAROL STREAM, IL 60197-4632
```

```
CROWN EQUIPMENT CORPORATION
P.O. BOX 641173
CINCINNATI, OH 45264-1173


ESTHER SOLIS
4733 BRIDGETOWN CT.
FORT WAYNE, IN 46804


FALCON EQUIPMENT FINANCE
28-11TH AVE, SUITE 103
SAINT CLOUD, MN 56301


FINANCIAL PACIFIC LEASING, INC.
P.O. BOX 4568
FEDERAL WAY, WA 98001


FORWARD FINANCE, LLC
100 SUMMER STREET, SUITE 1175
BOSTON, MA 02110


GVS FILTRATION, INC.
2150 INDUSTRIAL DRIVE
FINDLAY, OH 45840


HUNTINGTON NATIONAL BANK
ATTN: GW4W34
5555 CLEVELAND AVENUE
COLUMBUS, OH 43231


INDIANA MICHIGAN POWER
P.O. BOX 371496
PITTSBURGH, PA 15250-7496


INDUSTRIAL NETTING
10300 FOUNTAINS DRIVE
MAPLE GROVE, MN 55369
```

```
JP MORGAN CHASE CHICAGO
26995 NETWORK PLACE
CHICAGO, IL 60673-1269


NEWTEK SMALL BUSINESS LENDING LLC
1981 MARCUS AVE, SUITE 130
LAKE SUCCESS, NY 11042


NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007


OTHONIEL SOLIS
4733 BRIDGETOWN CT.
FORT WAYNE, IN 46804


QUICKBOOKS CAPITAL
2700 COAST AVE.
MOUNTAIN VIEW, CA 94043-1140


RAPID FINANCE
4500 EAST WEST HIGHWAY
6TH FLOOR
BETHESDA, MD 20814


ROGERS CORPORATION
CAROL STREAM FACILITY
171 W. ST. CHARLES RD.
CAROL STREAM, IL 60188


SOLFIRE HOLDINGS LLC
4733 BRIDGETOWN CT.
FORT WAYNE, IN 46804


SUPERIOR FELT & FILTRATION, LLC
P.O. BOX 778857
CHICAGO, IL 60677-8857
```

```
TRELLEBORG COATED SYSTEMS US, INC.
715 RAILROAD AVE.
P.O. BOX 929
RUTHERFORDTON, NC 28139


TTS SYSTEMS, INC.
P.O. BOX 93
40 W 484 ROUTE 64
WASCO, IL 60183


U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM, AL 35203
```

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Solfire Contract Manufacturing, Inc.**  
                      Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Solfire Contract Manufacturing, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 16, 2024  
Date

/s/ Wesley N. Steury  
Wesley N. Steury-467-02  
Signature of Attorney or Litigant  
Counsel for **Solfire Contract Manufacturing, Inc.**  
Burt, Blee, Dixon, Sutton & Bloom, LLP  
200 East Main Street  
Suite 1000  
Fort Wayne, IN 46802  
260-426-1300 Fax:260-422-3750  
wsteury@burtblee.com